CHARLES W. MAXWELL et al., complainants-respondents,

*v.*

CHARLES J. LEICHTMAN, defendant-appellant.

[Argued November 20th, 1908.   Decided November 20th, 1908.]

On appeal from an order of the former chancellor advised by Vice-Chancellor Leaming, whose opinion is reported in *72 N. J. Eq. (2 Buch.) 780.*

*Messrs. Thompson & Cole,* for the appellant.

*Mr. Harry Wootton,* for the respondents.

PER CURIAM.

This is an appeal from an order allowing to the complainants in an interpleader suit their costs and a counsel fee of $50, to be paid out of the fund deposited by the complainants in court.

No sufficient reason being shown why this allowance should not be made, the order under review will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL —16.

*For reversal*—None.